# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RHONDA K. RUPERT,** | : CIVIL ACTION NO. 4:14-CV-1128 |
| **Plaintiff** | : (Chief Judge Conner) |
| v. | : |
| **ZITO MEDIA, L.P., t/d/b/a ZITO MEDIA,** | : |
| **Defendant** | : |

## ORDER

AND NOW, this 2nd day of September, 2015, upon consideration of the motion (Doc. 26) *in limine* filed by plaintiff, it is hereby ORDERED that neither party shall be permitted to utilize or reference at trial the determinations of the Pennsylvania Department of Labor and Industry denying unemployment compensation benefits to the plaintiff, or to utilize or reference at trial any documents submitted in support of that claim, or in opposition thereto.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania